Certificate Number: 03605-PR-DE-016052620

Bankruptcy Case Number: 11-05913


03605-PR-DE-016052620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 15, 2011</u>, at <u>3:43</u> o'clock <u>PM AST</u>, <u>WILFREDO BENITEZ GARCIA</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>September 15, 2011</u>     By:     <u>/s/MARIA GARCIA</u>

                                                     Name:  <u>MARIA GARCIA</u>

                                                     Title:  <u>BRANCH MANAGER</u>